In re Robert E. REITER, Owen
N. Witte, Douglas Saffran,
and Aya Jakobovits.

No. 06–1113.

United States Court of Appeals,
Federal Circuit.

Jan. 11, 2006.

ON MOTION

*ORDER*

Upon consideration of the appellants' motion to voluntarily dismiss their appeal,*

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All sides shall bear their own costs.

Denise P. THOMAS, Petitioner,

v.

MERIT SYSTEMS PROTECTION
BOARD, Respondent.

No. 06–3094.

United States Court of Appeals,
Federal Circuit.

Jan. 11, 2006.

Denise P. Thomas, pro se.

---

ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Walter RICHARDSON, Jr., Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 06–3025.

United States Court of Appeals,
Federal Circuit.

Jan. 12, 2006.

Walter Richardson, Jr., pro se.

ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

---

* Appellants request that the dismissal be "without prejudice." It is not the court's usual

practice to designate dismissals as being with or without prejudice.